# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of March, two thousand twenty-six,

Michael W. McDevitt,

      Plaintiff - Appellant,

  v.

Suffolk County Division of Environmental Quality,
Suffolk County Police Department, Glenn Torquinio,
Suffolk County Police Officer in his individual and
official capacities, Suffolk County Police Officers John
and Jane Does # 1-10, in their individual and official
capacities, Police Officer Alejandro Sanchez,

      Defendants - Appellees.

**ORDER**
Docket No. 25-1466

      Appellant moves for leave to permit Victor John Yannacone, Jr. and Cory Morris to divide argument time. Appellant also request leave to permit Mr. Morris to appear remotely.

      IT IS HEREBY ORDERED that the motion is GRANTED. Other counsel will argue in person, absent a request to argue remotely that demonstrates good cause.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

